**Order entered January 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00744-CV

**U.S. BANK, N.A. SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HE11, ASSET-BACKED CERTIFICATES SERIES 2004-HE11, BY AND THROUGH ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC., Appellant**

**V.**

**LUCILA M. SAAVEDRA AND JOSE MANUEL SAAVEDRA, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12077**

## ORDER

Before the Court is appellant's January 24, 2019 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **March 13, 2019**.

/s/     ERIN A. NOWELL
        JUSTICE